# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER MICHELLE HOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-389-F |
| | ) |
| SAFECO INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## DEMAND FOR JURY TRIAL BY PLAINTIFF

COMES NOW the Plaintiff, Amber Michelle Howe, and pursuant to LCvR 81.1, hereby submits her demand for a jury trial.

DATED this 1st day of May 2018.

Respectfully submitted,

WARHAWK LEGAL

s/Joe Carson
Joe Carson, OBA#19429
127 N.W. 10th St.
Oklahoma City, OK 73103
Telephone: (405) 397-1717
Facsimile: (405) 241-5222
E-mail: joe@warhawklegal.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the ECF registrants:

William W. O'Connor
Kristen P. Evans
Margo E. Shipley
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
boconnor@hallestill.com
kevans@hallestill.com
mshipley@hallestill.com
*Attorneys for Defendant*

                                        s/Joe Carson
                                        JOE CARSON