IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER MICHELLE HOWE,<br><br>      Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No. 18-cv-389-F |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Amber Michelle Howe ("Plaintiff"), by and through her counsel of record, Joe S. Carson of Warhawk Legal, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor, and Kristen P. Evans of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Dated: October 29, 2018    Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

*s/William W. O'Connor*

By: William W. O'Connor, OBA No. 13200
Kristen P. Evans, OBA No. 30210
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
boconnor@hallestill.com
kevans@hallestill.com

**ATTORNEYS FOR DEFENDANT,
SAFECO INSURANCE COMPANY
OF AMERICA**

**-and-**

**WARHAWK LEGAL**

*s/Joe S. Carson\**
Joe S. Carson, OBA No. 19429
127 N.W., 10th St.
Oklahoma City, OK 73103
Telephone:  (405) 397-1717
Facsimile:  (405) 241-5222
joe@warhawklegal.com

**ATTORNEYS FOR PLAINTIFF**

*\*Signed by filing attorney with permission of Plaintiff's attorney.*

3692348.1:003439:00038

2